## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
|---|---|
| AMY L. ACKLEY, | NO. 10-54233 |
| DEBTOR | JUDGE: Goldgar, |

### NOTICE OF MOTION

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
John E. Gierum, Gierum & Mantas, 9700 Higgins Rd., Suite 1015, Rosemont, IL 60018
James T. Magee, 444 N Cedar Lake Rd, Round Lake, IL 60073
**Notified via US Postal Service**
Amy L. Ackley, 29518 North Birch Avenue, Lake Bluff, IL 60044

   Please take notice that on the 18th day of February, 2011, at the hour of 1:30 p.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, at the Park City Branch Court, 301 Greenleaf Ave, Courtroom B, Park City, IL 60085-5725 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

### AFFIDAVIT OF SERVICE

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015, before the hour of 5:00 PM on January 26, 2011, unless a copy was provided electronically by the Clerk of the Court.

   Respectfully Submitted,

   /s/ Josephine J. Miceli
   Josephine J. Miceli

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-043737

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| AMY L. ACKLEY, | NO. 10-54233 |
| DEBTOR | JUDGE: Goldgar, |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Movant, GMAC Mortgage, LLC, by and through its attorneys, Fisher and Shapiro, LLC, and moves this Court for the entry of an order modifying the automatic stay, pursuant to 11 USC § 362(d) and in support thereof states as follows:

1. That the Debtor filed a Petition for relief under Chapter 7 of the U.S. Bankruptcy Code on December 7, 2010.

2. That the Movant is a Creditor of the Debtor, pursuant to a note secured by a mortgage on the real property commonly known as: 29518 North Birch Avenue, Lake Bluff, IL 60044.

3. That the Debtor is in default under the terms of said note and mortgage for failure to make the installment payment due May 1, 2010, through August 1, 2010, each in the amount of $1,674.49, and September 1, 2010, through January 1, 2011, each in the amount of $1,692.22 and each month thereafter.  That default does not include attorneys' fees, costs of collection and other advances and it does not constitute reinstatement.

4. That the indebtedness due Movant as of January 26, 2011, is in excess of $230,000.00.  Said indebtedness is currently due Movant after applying all offsets and credits due Debtor.

5. That the Debtor's schedules suggest that the fair market value of said property is approximately $380,000.00. Upon information and belief, the property is subject to a junior lien in excess of $150,000.00.

6. That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7. That the Movant lacks adequate protection in that there is little or no equity in the premises and that the Debtor is not making payments to the Movant as provided by the mortgage and note.

8. That the subject property is not necessary for an effective reorganization and the Movant is entitled to relief pursuant to 11 USC § 362(d).

9. That the Movant wishes to be reimbursed for the costs and attorneys' fees of filing this motion.

10. That, for the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, GMAC Mortgage, LLC prays that this Court enter an order modifying the automatic stay to allow said creditor to foreclose the mortgage on the property known as:29518 North Birch Avenue, Lake Bluff, IL 60044; and that Federal Bankruptcy Rule 4001(a)(3) be waived.

                Respectfully submitted,

                /s/ Josephine J. Miceli
                Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-043737

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE